**Order filed January 22, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00967-CV
_____

**RAHUL K. NATH M.D., Appellant**

**V.**

**TEXAS CHILDREN'S HOSPITAL, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-10826**

---

## O R D E R

The clerk's record was filed December 17, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **the trial court's final judgment signed December 27, 2019.**.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 29, 2020, containing **the trial court's final judgment signed December 27, 2019.**

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.